UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| YOLANDA AVILES,<br><br>         Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br><br>         Defendant. | Case No.: 14CV2830 BEN (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>[Docket Nos. 16, 17, 19] |
|---|---|

  Plaintiff Yolanda Aviles filed this action seeking judicial review of the Social Security Commissioner's denial of her application for disability insurance benefits and supplemental security income. (Docket No. 1.) A briefing schedule was issued. (Docket No. 15.) Plaintiff filed a Motion for Summary Judgment. (Docket No. 16.) Defendant filed a Cross-Motion for Summary Judgment and Opposition to Plaintiff's Motion. (Docket Nos. 17-18.)

  On October 23, 2015, Magistrate Judge Barbara L. Major issued a thoughtful and thorough Report and Recommendation recommending this Court deny Plaintiff's Motion for Summary Judgment and grant Defendant's Cross-Motion for Summary Judgment. (Docket No. 19.) Any objections to the Report and Recommendation were due November 13, 2015. (*Id.*) Plaintiff has not filed any objections. For the reasons that

follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. Fed. R. Civ. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district judge must determine de novo any part of the [report and recommendation] that has been properly objected to." Fed. R. Civ. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also Wang v. Masaitis,* 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither the Constitution nor the statute requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

The Court need not conduct a de novo review given the absence of objections. However, the Court has conducted a de novo review and fully **ADOPTS** the Report and Recommendation. Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Cross-Motion for Summary Judgment is **GRANTED**. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: November 19, 2015

Hon. Roger T. Benitez
United States District Judge